CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 0 3 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BARNEY JOHNSON, | ) | |
| Petitioner, | ) | Civil Action No.7:05cv00489 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN OF THE KEEN MOUNAIN | ) | |
| CORRECTIONAL CENTER, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED**
and **ADJUDGED** that the above referenced 28 U.S.C. § 2254 petition is **DISMISSED**. This
action is stricken from the active docket of the court.

Johnson is advised that he may appeal this decision pursuant to Rules 3 and 4 of the
Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days
of the date of entry of this order, or within such extended period as the court may grant pursuant
to Rule 4(a)(5).

The clerk is directed to send certified copies of this order and the accompanying
memorandum opinion to the petitioner and counsel for the respondent.

**ENTER**: This _3rd_ day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE